Exhibit A

To Robertson Declaration



## Renewable Energy

**STRATEGIC BUSINESS**
- Electronic Industry
- Energy Environment
  - Renewable Energy
  - Infrastructure
  - Export and Import

**INDUSTRIAL MATERIALS**
- Chemical
- Steel

**FASHION**
- Apparel
  - FUBU®
  - BB Dakota®
  - COOGI®
  - COOGI® JR.
  - Crown Holder®
  - Flow Society®
  - Girbaud®
  - Married to the MOB®
  - SESSIONS®
- Footwear
  - FUBU®
  - Adio®
  - Cadillac®
  - Greedy Genius®
  - Levi's®
  - Mountain Gear®
  - True Religion®
  - US Polo Assn.®
- Sports Products
  - Völkl Tennis®
  - Boris Becker Tennis®
- MDI

**TEXTILE**
- Caravel (Fabric)
- CS Focus (Garment)

Samsung C&T America's Renewable Energy Team develops renewable energy business throughout North and South America.

Our main concentration within the renewable energy industry is in the solar photovoltaic and wind development business.

Solar PV and Wind power systems are becoming an essential part of our current energy market and the world is aggressively pursuing replacing energy generation with renewable energy. Recently, Samsung has announced a 2.5 GW of Wind and Solar FA agreement with the Ontario government and will continue to expand throughout America in its utility and commercial scale renewable energy business portfolio.

*For more information, please contact:*

**East Coast:**
**Business Development**
Samsung C&T America, Inc.
85 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

Fax: (201)229-5087
Email: energy@samsungcntamerica.com

**West Coast:**
**Solar Team**
Samsung C&T America, Inc.
14251 E. Firestone Blvd
La Mirada, CA 90638

Phone: (562) 483-7250
Fax: (562) 802-3011

( ↑ TOP )

LEGAL NOTICE | Sales Terms and Conditions | Purchase Terms and Conditions | © 2011 SAMSUNG C&T AMERICA, INC.                    Email: info@samsungcntamerica.com