Exhibit B

To Robertson Declaration

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100083404

```
Status Report For:      SAMSUNG C&T AMERICA, INC.
Report Date:            11/2/2011
Confirmation Number:    1306026028
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0100083404
Business Type:          FOREIGN PROFIT CORPORATION
Status:                 ACTIVE
Original Filing Date:   03/20/1979
Stock Amount:           N/A
Home Jurisdiction:      NY
Status Change Date:     NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:   N/A
DOR Suspension End Date:     N/A
Tax Suspension Start Date:   N/A
Tax Suspension End Date:     N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:        MARCH
Last Annual Report Filed:   03/09/2011
Year:                       2011
```

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

```
Agent:                      DEBORAH VERDILE, ESQ.
Agent/SOP Address:          SAMSUNG C&T AMERICA, INC. 85 CHALLENGER RD.,
                            6TH FL., RIDGEFIELD PARK, NJ, 07660
Address Status:             DELIVERABLE
Main Business Address:      85 CHALLENGER RD., 6TH FL., RIDGEFIELD
                            PARK, NJ, 07660
Principal Business Address: 85 CHALLENGER RD., 6TH FL., RIDGEFIELD
                            PARK, NJ, 07660
```

**ASSOCIATED NAMES**

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100083404

| | |
|---|---|
| Associated Name: | WEBER PIANO CO. |
| Type: | FC |
| Associated Name: | ENRICO GELINI |
| Type: | FC |
| Associated Name: | ROSENBURG TRADING COMPANY |
| Type: | FC |
| Associated Name: | STAR INTERNATIONAL TRADING, INC. |
| Type: | FC |
| Associated Name: | SCRAP A RAMA |
| Type: | FC |
| Associated Name: | SAMSUNG AMERICA, INC. |
| Type: | PV |

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | PRESIDENT |
| Name: | CHOO,KYO IN |
| Address: | 85 CHALLENGER RD., 6TH FL. ,RIDGEFIELD PARK,NJ 07660 |
| Title: | SECRETARY |
| Name: | KWON,JIN GOO |
| Address: | 85 CHALLENGER RD., 6TH FL. ,RIDGEFIELD PARK,NJ 07660 |
| Title: | OTHER |
| Name: | KIM,DAE HEUI |
| Address: | 14251 E. FIRESTONE BLVD. ,LA MIRADA,CA 90638 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/ and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100083404

Charter Documents for Corporations, LLCs, LPs and LLPs

Original Filing (Certificate) Date: 1979

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
| --- | --- |
| NAME CHANGE | 2010 |
| CHANGE OF AGENT AND OFFICE | 2011 |
| CHANGE OF AGENT AND OFFICE | 2010 |
| CHANGE OF AGENT AND OFFICE | 2005 |
| CHANGE OF AGENT AND OFFICE | 2002 |
| CHANGE OF AGENT AND OFFICE | 1997 |
| CHANGE OF AGENT AND OFFICE | 1990 |
| ALTERNATE NAME FILING | 1988 |
| ALTERNATE NAME FILING | 1988 |
| ALTERNATE NAME FILING | 1991 |
| ALTERNATE NAME FILING | 1992 |
| ALTERNATE NAME FILING | 1988 |

Note:
Copies of some of the charter documents above, particularly those filed before August 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/ periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.