Exhibit D

To Robertson Declaration

## Exhibit D

The documents requested below can reasonably be assumed to be in the possession, custody or control of Samsung C&T America, Inc., or the Named Persons in this District, and the documents requested are of the type that would reasonably exist in light of available public information. The Applicant believes that such documents, or categories of documents, are within the possession, custody or control of Samsung C&T America, Inc., or the Named Persons in this District.

"Document" means a writing of any kind, whether recorded on paper, electronic means, audio or visual recordings or any other mechanical or electronic means of storing or recording information. Regardless of whether it is explicitly stated in each individual request, this request is for all relevant documents, whether in draft or final form, including electronic records and documents in its or his possession. In every case the electronic record is to be provided in a format that includes the production of any original metadata produced in connection with that document. Unless otherwise stated, the relevant period extends from January 1, 2009, through the present.

Documents requested from Samsung C&T America, Inc., and the Named Persons:

1)    All documents relating to the meeting of January 2010, where Samsung C&T Corporation's president announced the Korean deal with the Ontario Government, namely the *Green Energy Investment Agreement*;

2)    All documents relating to the negotiations, execution and announcement of the *Green Energy Investment Agreement* between the Original Korean Consortium, the parent companies, subsidiaries or affiliates of any of its members, and the Ontario Government, including all draft and final agreements relating to the *Green Energy Investment Agreement* or modifications to such Agreement;

3)    All document, including, but not limited to, phone records, journal and calendar entries, and notes, evidencing phone calls between any employee or agent of Samsung C&T Corporation, its parents, subsidiaries or affiliates, and members of the Ontario Government regarding the *Green Energy Investment Agreement* and any documents created in connection with or as a result of such calls;

4)    All documents created by, or received by Samsung C&T Corporation, its parents, subsidiaries or affiliates, in relation to the registered lobbyists in the Province of Ontario, including, without limitation, Counsel Public Affairs Inc. and documents mentioning Charles Beer or Stefan Baranski;

5) All documents created by, or received by Samsung C&T Corporation, its parents, subsidiaries or affiliates, in relation to the priority ranking system under the Ontario Power Authority's FIT program;

6) All documents between the Ontario Government and Samsung C&T Corporation, its parents, subsidiaries or affiliates, including, without limitation, any documents referring to the Original Korean Consortium, including the parents, subsidiaries or affiliates of any of its members;

7) All documents in the possession, custody, or control of Samsung C&T Corporation, its parents, subsidiaries or affiliates, regarding Ontario Ministry of Energy directions to the Ontario Power Authority dated:

a) September 24, 2009, with respect to the development of a Feed-In Tariff ("FIT") program;

b) April 1, 2010, with respect to the Ontario Government's *Green Energy Investment Agreement* ("GEIA") with Samsung C&T Corporation and Korea Electric Power Corporation;

c) September 17, 2010, related to the *Green Energy Investment Agreement* with the Government of Ontario and the Korean Consortium dated January 2010;

d) June 3, 2011, with respect to "Allocating

Capacity and Offering FIT Contracts for Bruce to Milton Enabled Projects";

e)   July 29, 2011, related to the Korean Consortium's Projects in Haldimand County, Ontario;

f)   August 2, 2011, with respect to "Supporting Manufacturing Supply Chain Development."

8)   All documents evidencing any correspondence with any Ontario ministry, including, without limitation, the Ontario Ministry of Natural Resources, with respect to the revisions of guidelines related to the Renewable Energy Approvals (REA) process, including but not limited to, the Natural Heritage Assessment Guide for Renewable Energy Projects; and the Bats and Bat Habitats: Guidelines for Wind Power Projects.

9)   Proposals by Samsung C&T Corporation, its parents, subsidiaries or affiliates, which were submitted to the Ontario Power Authority in relation to the Ontario FIT Program;

10)  Documents submitted to the Ontario Power Authority in relation to any project proposed by Samsung C&T Corporation, its parents, subsidiaries or affiliates, or any other members of the Korean Consortium, to the Ontario Power Authority and all document relating to any such project accepted by the Ontario Power Authority.

11)  Documents created or received by Samsung C&T Corporation, its parents, subsidiaries or affiliates, or any

other members of the Korean Consortium, with respect to any of the following consultations with the Ontario Power Authority:

a) May 19, 2010 - FIT Economic Connection Test Web-enabled Teleconference;

b) March 23, 2010 - Introduction to Economic Connection Test;

c) February 25, 2010 - Domestic Content Compliance;

d) November 20, 2009 - Transmission and Distribution Technical Information Session;

e) October 21, 2009 - Feed-In Tariff (FIT) Programs Q&A Session;

f) October 8, 2009 - FIT and micro-FIT Q&A Session;

g) Sept 28, 2009 - Stakeholder and Public Introduction to Feed-in Tariff (FIT) Programs and Q&A Session;

h) August 6, 2009 - FIT Question and Answer Teleconference;

i) July 21, 2009 - Revised FIT Program Rules, Standard Definitions and Price Schedule;

j) May 12, 2009 - Session Info - Revised Price Schedule, Revised Program Rules, and Draft Contract;

k) April 28, 2009 - Session Info - Economic Test;

l) April 21, 2009 - Session Info - Legacy projects and program initialization 2.0;

m)    April 14, 2009 - Session Info - FIT contract milestones;

n)    April, 2009 - Info - FIT price schedule (i.e., technologies, size, and prices);

o)    March 31, 2009 - Session Info - FIT Notice to proceed and metering and settlement;

p)    March 24, 2009 - Session Info - FIT Application Process; and

q)    March 17, 2009 -  Session Info - Objectives of FIT Program

12)  Correspondence to or from Samsung C&T Corporation, its parents, subsidiaries or affiliates, and the Government of Ontario (including, without limitation, any of its ministries, officials, state enterprises and its various agencies),including correspondences to or from the following individuals or any officials who work in each of their departments, ministries, state enterprises, or agencies:

a)    Dalton McGuinty, the Premier of Ontario;

b)    George Smitherman, Ontario Minister of Energy;

c)    Brad Duguid, Ontario Minister of Energy; and

d)    Colin Andersen, Ontario Power Authority.

13) Documents relating to any and all telephone conversations, meetings, discussions, or information exchanges between or amongst any employee or agents of Samsung C&T

Corporation, its parents, subsidiaries or affiliates and the Named Persons, with any member of the Korean Consortium, including the parents, subsidiaries or affiliates of any of its members, relating to the benefits (including ranking and additional negotiations with the Government of Ontario) under the Samsung-KEPCO-Pattern Energy announcement of April 2011.