Matthew P. O'Malley
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000
*momalley@tompkinsmcguire.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CIVIL ACTION NO. _____

| | |
|---|---|
| In Re Application Of<br><br>MESA POWER GROUP, LLC<br><br>       Applicant<br><br>pursuant to 28 U.S.C. § 1782 For Judicial Assistance in Obtaining Evidence from SAMSUNG C&T AMERICA, INC., KYO IN CHOO and JIN GOO KWON For Use in a Foreign and International Proceeding | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF
APPLICATION PURSUANT TO 28 U.S.C. § 1782**

    I, Matthew P. O'Malley, of full age, hereby certify and say:

    1. I am an attorney-at-law licensed to practice before this Court and am a partner at the law firm of Tompkins, McGuire, Wachenfeld & Barry, LLP, Four Gateway Center, 100

Mulberry Street, Newark, New Jersey 07102, local counsel for applicant Mesa Power Group, LLC ("Mesa").

2. I make this Certification in support of Mesa's Application Pursuant to 28 U.S.C. § 1782.

3. Annexed hereto as Exhibit A is a true and correct copy of a proposed Subpoena to Samsung C&T America, Inc. ("Samsung").

4. Annexed hereto as Exhibit B is a true and correct copy of a proposed Subpoena to Samsung President Kyo In Choo.

5. Annexed hereto as Exhibit C is a true and correct copy of a proposed Subpoena to Samsung Treasurer Jin Goo Kwon.

6. Annexed hereto as Exhibit D is a true and correct copy of the unreported decision of In re Oxus Gold PLC, 2006 WL 2927615 (D.N.J. Oct. 11, 2006).

7. Annexed hereto as Exhibit E is a true and correct copy of the unreported decision of In re Oxus Gold PLC, 2007 WL 1037387 (D.N.J. Apr. 2, 2007).

8. Annexed hereto as Exhibit F is a true and correct copy of the unreported decision of In re Republic of Ecuador, 2010 WL 37002427 (N.D. Cal. Sept. 15, 2010).

9. Annexed hereto as Exhibit G is a true and correct copy of the unreported decision of Ukrnafta v. Carpatsky Petroleum Corp., 2009 WL 2877156 (D. Conn. Aug. 27, 2009).

10. Annexed hereto as Exhibit H is a true and correct copy of the unreported decision of <u>In re Republic of Ecuador</u>, 2011 WL 3495993 (D. Colo. Aug. 9, 2011).

11. Annexed hereto as Exhibit I is a true and correct copy of the unreported decision of <u>Comision Ejecutiva, Hidroelectrica Del Rio Lempa v. Nejapa Power Co.</u>, 2008 WL 4809035 (D. Del. Oct. 14, 2008).

12. Annexed hereto as Exhibit J is a true and correct copy of the unreported decision of <u>In re St. Jude Medical, Inc.</u>, 2002 WL 341019 (D. Minn. Mar. 1, 2002).

13. Annexed hereto as Exhibit K is a true and correct copy of the unreported decision of <u>Positran Mfg., Inc. v. Diebold, Inc.</u>, 2003 WL 21104954 (D. Del. May 15, 2003).

I certify that the foregoing statements made by me are true. If any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 11/15/2011

_____
Matthew P. O'Malley