# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET, SUITE 5
NEWARK, NEW JERSEY 07102-4056
Newark (973) 622-3000
New York (212) 714-1720

Matthew P. O'Malley   FAX (973) 623-7780   Direct Telephone: (973) 623-7791
Partner   www.tompkinsmcguire.com   momalley@tompkinsmcguire.com

**VIA ELECTRONIC FILING**

December 20, 2012

Hon. Cathy Waldor, U.S.M.J.
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street, Room 4040
Newark, N.J. 07102

> In re Application of Mesa Power Group, LLC, Applicant, pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence from SAMSUNG C&T AMERICA, INC., KYO IN CHOO and JIN GOO KWON For Use in a Foreign and International Proceeding, U.S.D.C. D.N.J.
> Docket No. 2:11-mc-00280-ES

Dear Judge Waldor:

This firm serves as local counsel for Mesa Power Group, LLC ("Mesa") in the above-captioned related matters.

Counsel for Samsung, Robert Bartkus, Esq. of Dillon, Bitar & Luther, L.L.C., submitted today a Stipulation and proposed Order [Document **7** on ECF].

Should same meet with the Court's approval, we respectfully request that the Court enter the proposed Order.

We thank the Court for its continued gracious attention to this matter.

> Respectfully submitted,
>
> Matthew P. O'Malley
> For TOMPKINS, McGUIRE,
>   WACHENFELD & BARRY, LLP

Encl.

C: Robert Bartkus, Esq. (via ECF/email)